**Order filed April 24, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00177-CR
_____

**MELVIN EUGENE FLETCHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 1376099**

## ORDER

We hereby direct the Judge of the 185th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk of that court furnish the record to appellant on or before **May 26, 2014;** that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.

PER CURIAM